825 A.2d 1139

IN THE MATTER OF CHARLES STEPHEN BARTOLETT,
AN ATTORNEY AT LAW (ATTORNEY NO. 035041983).

July 2, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–024, concluding that **CHARLES STEPHEN BARTOLETT** of **MARGATE,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect),

*RPC* 1.3 (lack of diligence), RPC 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain matter to the extent reasonably necessary to permit client to make an informed decision regarding the representation), *RPC* 1.5(b) (failure to provide the basis or rate of the fee in writing), *RPC* 1.7(a) (conflict of interest), *RPC* 1.8(b) (using information about one client to the disadvantage of another client), *RPC* 1.16(d) (failure to promptly deliver property to which the client is entitled), *RPC* 8.4(d) (failure to obey orders of a tribunal), *RPC* 5.5(a) (failure to maintain a *bona fide* office), *RPC* 8.1(b) (failing to cooperate with disciplinary authorities), and *RPC* 8.4(c) (engaging in conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **CHARLES STEPHEN BARTOLETT** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.